

# Missouri Court of Appeals
## Southern District

**FEBRUARY 26, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No. SD33233

      Re:    JAMES EUGENE BAYLESS
             Movant-Appellant,
             v.
             STATE OF MISSOURI,
             Respondent-Respondent.